## D. C. DAY v. STATE.
### No. 15258.

Court of Criminal Appeals of Texas.
April 27, 1932.

See also 34 S.W.(2d) 871.

P. W. Seward, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Unlawfully transporting intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for one year.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## W. F. EDWARDS v. STATE.
### No. 15300.

Court of Criminal Appeals of Texas.
April 27, 1932.

Sisco & McCullough, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is perjury; penalty assessed at confinement in the penitentiary for two years.

The record is before this court without statement of facts or bills of exception. No fundamental error has been pointed out or perceived.

The judgment is affirmed.

## Frank EPPLE, H. E. Smith, H. K. Smith, and Ben Schlegel v. STATE.
### No. 15306.

Court of Criminal Appeals of Texas.
April 27, 1932.

Davenport & Crain, of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

This is an appeal from a final judgment upon forfeiture of an appeal bond.

The record fails to show that appellant filed briefs in the lower court and in this court. White et al. v. State, 101 Tex. Cr. R. 505, 276 S. W. 274.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## F. ERMIS v. STATE.
### No. 15290.

Court of Criminal Appeals of Texas.
April 13, 1932.

Lockhart & Garrard, of Lubbock, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Unlawfully transporting intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for two and one-half years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.